No. M–60. McDermott v. Department of Justice et al. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 98–8239. Lowe v. Oklahoma. Ct. Crim. App. Okla.;

No. 98–8366. Rivera v. Florida et al. Sup. Ct. Fla.; and

No. 98–8754. DeBardeleben v. United States. C. A. 4th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioners are allowed until May 24, 1999, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 98–8925. In re Rogers. Petition for writ of habeas corpus denied.

No. 98–1562. In re Goad;

No. 98–8663. In re Quinones;

No. 98–8665. In re Bobchick;

No. 98–8668. In re Brown; and

No. 98–8741. In re Noble. Petitions for writs of mandamus denied.

No. 98–1036. Illinois v. Wardlow. Sup. Ct. Ill. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 98–1441. Roe, Warden v. Flores-Ortega. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 2 presented by the petition.

No. 98–1054. Malladi v. West, Secretary of Veterans Affairs. C. A. 11th Cir. Certiorari denied.

No. 98–1058. Potts v. Securities and Exchange Commission. C. A. 8th Cir. Certiorari denied.